## (November 28, 1978)

■ EUGENE SUMNER et al., Respondents, v CENTURY NATIONAL BANK AND TRUST Co., Appellant, et al., Defendants.—Order, Supreme Court, New York County, entered on March 2, 1978, unanimously affirmed for the reasons stated by Bloom, J., at Special Term. Respondents shall recover of appellant $75 costs and disbursements of this appeal. Concur—Kupferman, J. P., Evans, Markewich, Lynch and Sandler, JJ.

■ LAWRENCE MANWARE, Respondent, v URIS CONSTRUCTION CORP. et al., Defendants-Appellants and Third-Party Plaintiffs-Appellants. PUGLISI CAULKING Co., INC., Third-Party Defendant-Respondent.—Order, Supreme Court, New York County, entered on April 19, 1978, unanimously affirmed, without costs and without disbursements. Application on calendar call by respondent to submit a brief and appendix denied. No opinion. Concur—Kupferman, J. P., Evans, Markewich, Lynch and Sandler, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER BRANCH, Appellant.—Judgment, Supreme Court, New York County, rendered on December 8, 1977, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Evans, Markewich, Lynch and Sandler, JJ.

■ AARON DIAMOND, Appellant, v MIDTOWN REALTY CORPORATION, Respondent.—Judgment, Supreme Court, New York County, entered on July 5, 1978, unanimously affirmed on the opinion of Hughes, J., at Special Term. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Silverman, J. P., Fein, Markewich, Lynch and Sullivan, JJ.

■ In the Matter of ALEXANDER MAOUNIS, Appellant, v MICHAEL J. CODD, et al., Respondents.—Judgment, Supreme Court, New York County, entered on September 19, 1977, unanimously affirmed, without costs and without disbursements, on the opinion of Riccobono, J., at Special Term. Concur—Silverman, J. P., Fein, Markewich, Lynch and Sullivan, JJ.

■ HARDEE BAROVICK KONECKY & BRAUN, Appellant, v S. WOLFE EMMER, Respondent.—Judgment, Supreme Court, New York County, entered on October 20, 1977, unanimously affirmed on the opinion of Fein, J., at Special Term. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Silverman, J. P., Markewich, Lynch and Sullivan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BROWN, Appellant.—Judgment, Supreme Court, New York County, rendered on September 7, 1977, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Silverman, J. P., Fein, Markewich, Lynch and Sullivan, JJ.